AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

*SUMMONS IN A CIVIL ACTION*

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

Case Number:  -6049
CIV - HURLEY

MAGISTRATE JUDGE
LYNCH

v.

RICHARD F. LYON, D.C.
1126 S. FEDERAL HWY. #442
FT. LAUDERDALE, FL 33316



TO: (Name and Address of Defendant)

  RICHARD F. LYON, D.C.
  1126 S. FEDERAL HWY. #442
  FT. LAUDERDALE, FL 33316

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

  Mary F. Dooley
  Assistant United States Attorney
  99 NE 4TH STREET
  3RD FLOOR
  MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK

JAN 1 1 2000  _____ DATE

_____
(BY) DEPUTY CLERK

3/rt