UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.   CASE NO. 00-6049-CIV-HURLEY

RICHARD F. LYON, D.C.,

Defendant.
_____:

## ORDER DIRECTING EXPEDITED SERVICE
## AND ESTABLISHING OTHER DEADLINES

THIS CAUSE is before the court upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this order. Further, it is

ORDERED and ADJUDGED that counsel for the plaintiff is directed to perfect service upon the defendant within sixty-five (65) days of the date of this order. Further, the following schedule shall be observed:

| | |
|---|---|
| Completion of Discovery | -- 120 days from the date of this order |
| Pre-trial motion cutoff | -- 120 days from the date of this order |
| Filing of Joint pretrial stipulation | -- 120 days from the date of this order |

Failure to comply with in the time limits set forth by this order may result in dismissal of the above-styled cause.

DONE and SIGNED in Chambers at West Palm Beach, Florida, this 12th day of January, 2000.

Daniel T. K. Hurley
United States District Judge

copy furnished:
Thomas E. Scott, U. S. Attorney and Mary F. Dooley, AUSA