UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE No. 00-6049-CIV-HURLEY

UNITED STATES OF AMERICA,
        Plaintiff,

v.

RICHARD F. LYON D.C.,

        Defendant.
_____/




## ORDER

Plaintiff, United States of America, having submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1), Fed.R.Civ.P., to dismiss this case without prejudice, and this Court having reviewed the record, and being fully appraised in the premises, it is hereby

ORDERED that this case is dismissed without prejudice; and it is further

ORDERED that the Clerk of the Court is instructed to close this case.

DONE and ORDERED in Chambers in West Palm Beach, Florida this ___29___ day of ___March___ 2000.

                                        DANIEL T.K. HURLEY
                                        UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA