*n a Civil Action*

# ITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

..erica

Case Number: **-6049**

∟ 4TH STREET
₃RD FLOOR
MIAMI, FL 33132-2111

**CIV - HURLEY**

v.

RICHARD F. LYON, D.C.
1126 S. FEDERAL HWY. #442
FT. LAUDERDALE, FL 33316

MAGISTRATE JUDGE
LYNCH

TO: *(Name and Address of Defendant)*

RICHARD F. LYON, D.C.
1126 S. FEDERAL HWY. #442
FT. LAUDERDALE, FL 33316

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

JAN 1 1 2000                    _____ DATE

Clarence Maddox CLERK

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

Case No: 00-6049 CIV-HURLEY

| TO BE SERVED | COURT |
|---|---|
| RICHARD F. LYON, D.C.<br>1126 S. FEDERAL HIGHWAY, #442 FT. LAUDERDALE, FLORIDA 33316 | IN THE SUPREME COURT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>RICHARD F. LYON, D.C. | SUMMONS (20 DAY GJ) |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:           Court Time:<br>Witness Fee:   $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 02/15/00 at 1:15 PM and it was not served.

   RICHARD F. LYON, D.C.
   1126 S. FEDERAL HIGHWAY, #442 FT. LAUDERDALE, FLORIDA 33316

**NO SERVICE: ( )**
For the reason that diligent search and inquiry failed to find said RICHARD F. LYON, D.C. in NONE COUNTY, NONE

**OTHER RETURNS:**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: DANIEL ACKERMAN (31)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00752952-001

The foregoing instrument was acknowledged before me this 12 day of May, 2000 BY DANIEL ACKERMAN, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PEACE OFFICER
AND TITLE OR RANK

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
Florida Notary Service & Bonding Co